ADAM L. BRAVERMAN
United States Attorney
STEVE B. CHU
Assistant U.S. Attorney
California Bar No. 221177
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-7167
Fax: (619) 546-7751
Email: steve.chu@usdoj.gov

Attorneys for all Federal Defendants

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARAS TSYMBALISTYI,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>CHRISTINE LIN, an individual; LA MAESTRA COMMUNITY HEALTH CENTERS, a corporation; and DOES 1-50, and ROE BUSINESS ENTITIES 1-100, Inclusive,<br><br>　　　　　Defendants. | Case No.: **'18CV0722 GPC JLB**<br><br>**NOTICE OF REMOVAL OF A CIVIL ACTION**<br><br>[42 U.S.C. § 233(c)]<br><br>(Removed from Superior Court of California, County of San Diego, Central Division,<br>Case No. 37-2017-00045294-CU-MM-CTL |

TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD

**PLEASE TAKE NOTICE** that Defendant United States of America ("Defendant" or "United States"), as the party which is being substituted in this action for the Federal Defendants Christine Lin and La Maestra Community Health Centers ("LMCHC," hereafter collectively "the Federal Defendants"), through its attorneys, Adam L. Braverman, United States Attorney, and Steve B. Chu, Assistant U.S. Attorney, respectfully removes to this Court the above-referenced civil action from the Superior Court of California, County of San Diego, Case No. 37-2017-00045294-CU-MM-CTL. The grounds for this removal include the following:

1. On or about November 28, 2017, Plaintiff Taras Tsymbalistyi ("Plaintiff") initiated this action as Case No. 37-2017-00045294-CU-MM-CTL in the Superior Court of California, County of San Diego. Plaintiff named as defendants LMCHC, a federally supported health center, and Christine Lin, an employee of a federally supported health center. The complaint alleges claims for medical negligence against the Federal Defendants.

2. Pursuant to the Federally Supported Health Centers Assistance Act, 42 U.S.C. § 233(g), as amended, the Secretary of Health and Human Services has deemed LMCHC, a public or non-profit private entity receiving Federal funds under 42 U.S.C. § 254b, any officer, governing board member, or employee of LMCHC, and certain health care practitioners who are contractors of LMCHC,[1] to be employees of the Public Health Service, for any civil action or proceeding alleged against them resulting from the performance of medical, surgical, dental, or related functions, which occurred during the dates and times relevant to the underlying lawsuit.

3. Official records of Health and Human Services indicate that Christine Lin was an employee of LMCHC at all times relevant to Plaintiff's complaint in this case. Therefore, pursuant to 42 U.S.C. § 233(g), Christine Lin is deemed to be an employee

---

[1]   See 42 U.S.C. § 233(g)(1)(A) and (g)(5).

of the Public Health Service for any civil action or proceeding alleged against her resulting from the performance of medical, surgical, dental, or related functions, which occurred on or after January 1, 2015.

4. The United States Attorney for the Southern District of California, through his designate, has certified that LMCHC was acting within its scope of employment at the time of the incidents alleged in the complaint.  Therefore, pursuant to 42 U.S.C. § 233(c), any civil action or proceeding commenced in a State court against LMCHC shall be removed without bond to the district court of the United States of the district and division where the State court case was pending, and the proceeding shall be deemed a tort action brought against the United States under the provisions of title 28 and all references thereto.  A copy of the certification is being filed concurrently with this Notice.

5. The United States Attorney for the Southern District of California, through his designate, has also certified that Christine Lin was acting within her scope of employment at the time of the incidents alleged in the complaint, and that pursuant to 42 U.S.C. § 233(c), any civil action or proceeding commenced in a State court against Christine Lin shall be removed without bond to the district court of the United States of the district and division where the State court case was pending, and the proceeding shall be deemed a tort action brought against the United States under the provisions of title 28 and all references thereto.  A copy of the certification is attached to this Notice.

6. Plaintiff's remedy against the United States pursuant to sections 1346(b) and 2672 of title 28 of the United States Code (remedy provisions of the Federal Tort Claims Act), is exclusive of any other civil action or proceeding for damage for personal injury, including death, resulting from the performance of medical, surgical, dental, or related functions by LMCHC and Christine Lin which occurred on or after January 1, 2015.  See 42 U.S.C. § 233(a), (g).

7. As of this time, no process, pleadings, or orders from the above-referenced

1 | civil action has been served on the United States Attorney for the Southern District of California.

8. Copies of the summons and complaint filed in the Superior Court of California, County of San Diego, Case No. 37-2017-00045294-CU-MM-CTL are attached as **Exhibit A**.

WHEREFORE, Case No. 37-2017-00045294-CU-MM-CTL, now pending in the Superior Court of California, County of San Diego, is removed therefrom to this Court.

DATED:    April 12, 2018           Respectfully submitted,

ADAM L. BRAVERMAN
United States Attorney

 s/ Steve B. Chu

STEVE B. CHU
Assistant United States Attorney
Attorneys for all Federal Defendants